MINNA G. HASKELL, Appellant, *v.* WILLIAM S. HASKELL, Respondent.

(Argued May 5, 1930; decided May 13, 1930.)

*Harold Harper* for motion.
*J. Alvin Van Bergh* opposed.

Motion denied, with ten dollars costs.